IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Osby, Dorothy | Case Number: 08 B 10062 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 10/29/08 | Filed: 4/23/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: September 24, 2008
Confirmed: June 23, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,500.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,402.40 |
| Trustee Fee: | | 97.60 |
| Other Funds: | | 0.00 |
| Totals: | 1,500.00 | 1,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 1,402.40 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Onyx Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual | Secured | 5,879.18 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 485.09 | 0.00 |
| 6. | Corporate America Family CU | Unsecured | 141.47 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 31.26 | 0.00 |
| 8. | B-Line LLC | Unsecured | 67.39 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 192.32 | 0.00 |
| 10. | American General Finance | Unsecured | 170.77 | 0.00 |
| 11. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 12. | A/R Concepts Inc | Unsecured | | No Claim Filed |
| 13. | A/R Concepts Inc | Unsecured | | No Claim Filed |
| 14. | Asset Acceptance | Unsecured | | No Claim Filed |
| 15. | A/R Concepts Inc | Unsecured | | No Claim Filed |
| 16. | Earthlink | Unsecured | | No Claim Filed |
| 17. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 18. | Midland Finance Company/CPS | Unsecured | | No Claim Filed |
| 19. | Professional Account Management | Unsecured | | No Claim Filed |
| 20. | Superior Mgt. | Unsecured | | No Claim Filed |
| | | | $ 10,448.98 | $ 1,402.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Osby, Dorothy

Printed: 10/29/08

Case Number: 08 B 10062
Judge: Hollis, Pamela S
Filed: 4/23/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 91.00 |
| 6.6% | 6.60 |
| | $ 97.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

